

FILED

SEP 15 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF 2014 Jeep Compass Montana Temporary License AAKJ6623 VIN# 1C4NJCBAXED550252 | MJ-20-84-BLG- TJC  ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED for a period of twelve months.

IT IS FURTHER ORDERED that this Search Warrant shall be unsealed for the sole purpose of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f) and this case shall be unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of

///

request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 15th day of September, 2020.

                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge